---

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | SA 08-307M |
| v. | ) | ORDER OF DETENTION AFTER HEARING |
| DIEGO MONTES-PEREZ, | ) | (18 U.S.C. § 3142(i)) |
| Defendant. | ) | |

I.

A.  ( ) On motion of the Government involving an alleged

   1.  ( ) crime of violence;

   2.  ( ) offense with maximum sentence of life imprisonment or death;

   3.  ( ) narcotics or controlled substance offense with maximum sentence of ten or more years (21 U.S.C. §§ 801,/951, et. seq.,/955a);

   4.  ( ) felony - defendant convicted of two or more prior offenses described above.

B.  On motion ( ) (by the Government) / ( ) (by the Court sua sponte involving)

   1.  (X)   serious risk defendant will flee;

   2.  ( ) serious risk defendant will

      a. ( )  obstruct or attempt to obstruct justice;

      b. ( )  threaten, injure, or intimidate a prospective   witness or juror or attempt to do so.

1           II.

2    The Court finds no condition or combination of conditions will reasonable assure:

3    A. ( X )   appearance of defendant as required; and/or

4    B. (  ) safety of any person or the community;

5           III.

6    The Court has considered:

7    A. ( x ) the nature and circumstances of the offense;

8    B. (x) the weight of evidence against the defendant;

9    C. (x) the history and characteristics of the defendant;

10   D. (  ) the nature and seriousness of the danger to any person or to the community.

11          IV.

12   The Court concludes:

13   A. (  ) Defendant poses a risk to the safety of other persons or the community because:

14

15   B. (x )   History and characteristics indicate a serious risk that defendant will flee because:

16       **Defendant is undocumented.  He has no ties to the community and no bail**

17       **resources.**

18

19   C. (  ) A serious risk exists that defendant will:

20       1. (  )  obstruct  or  attempt to  obstruct  justice;

21       2. (  )  threaten, injure or intimidate a witness/ juror; because:

22

23   D. (  ) Defendant has not rebutted by sufficient evidence to the contrary the presumption

24       provided in 18 U.S.C. § 3142 (e).

25   ///

26   ///

27   ///

28   ///

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR - 94 (02/94)         - 2 -                    Page 2 of 3

1    IT IS ORDERED that defendant be detained prior to trial.

2    IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections
3 facility separate from persons awaiting or serving sentences or person held pending appeal.

4    IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private
5 consultation with his counsel.

8  Dated: June 26, 2008

_____
Marc L. Goldman
U.S. Magistrate Judge